No. 14-3084

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

DIGITAL RECOGNITION NETWORK, INC.;
VIGILANT SOLUTIONS, INC.,
*Plaintiffs-Appellants,*

v.

MIKE BEEBE, *in his official capacity as Governor of the State of Arkansas*; DUSTIN McDANIEL, *in his official capacity as Attorney General of the State of Arkansas*,
*Defendants-Appellees.*

On Appeal from the United States District Court
For the Eastern District of Arkansas
Case No. 4:14-cv-00327-BSM

**PLAINTIFFS-APPELLANTS' STATEMENT
OF THE ISSUE**

Plaintiffs-Appellants Digital Recognition Network, Inc. and Vigilant Solutions, Inc. (hereinafter "Plaintiffs") hereby designate the following issue for their appeal: Whether the District Court erred in holding that Defendants-Appellees Mike Beebe and Dustin McDaniel, in their official capacities as the Governor and Attorney General of Arkansas, are immune from suit in the present case.

1

Dated: September 24, 2014            Respectfully submitted,

<div style="margin-left:2em">

s/ Michael A. Carvin
Michael A. Carvin
Ryan J. Watson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
macarvin@jonesday.com
rwatson@jonesday.com

Jane W. Duke
MITCHELL, WILLIAMS, SELIG,
   GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8842
Facsimile: (501) 918-7842
jduke@mwlaw.com

*Counsel for Plaintiffs-Appellants*

</div>

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all CM/ECF participants, including the following:

Patrick E. Hollingsworth
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201-2610
Telephone: (501) 682-1051
Patrick.Hollingsworth@arkansasag.gov

*Counsel for Defendants-Appellees*

                                       s/ Michael A. Carvin
                                       Michael A. Carvin
                                       JONES DAY
                                       51 Louisiana Avenue, N.W.
                                       Washington, D.C. 20001-2113
                                       Telephone: (202) 879-3939
                                       Facsimile: (202) 626-1700
                                       macarvin@jonesday.com

                                       *Counsel for Plaintiffs-Appellants*